1  BENJAMIN B. WAGNER
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
JUL 0 1 2016
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | 2:16-SW-0150 CKD
   | OF THE UNITED STATES OF AMERICA   | 2:16-SW-0151 CKD
12 | FOR SEARCH WARRANTS CONCERNING    | 2:16-SW-0152 CKD
   | INFORMATION ASSOCIATED WITH:      | 2:16-SW-0154 CKD
13 |                                   | 2:16-SW-0155 CKD
   | YOUNGRIDER2003@YAHOO.COM          | 2:16-SW-0156 CKD
14 | WEDIDIT8085@GMAIL.COM
   | IRONFANGAZ223@GMAIL.COM           | [PROPOSED] ORDER TO UNSEAL SEARCH
15 | LOVEWILLIAMS000@GMAIL.COM         | WARRANTS AND SEARCH WARRANT
   | NUTANCDEV81@GMAIL.COM             | AFFIDAVITS
16 | BEDROCKROCKA916@GMAIL.COM

17      Upon application of the United States of America and good cause having been shown,

18      IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

19 ordered unsealed.

20
21 Dated: 7-1-2016                    _____
                                      The Honorable Edmund F. Brennan
22                                    UNITED STATES MAGISTRATE JUDGE